■ In the Matter of JOSEPH A. SHUGATS, Respondent, v ERIE COUNTY MEDICAL CENTER CORPORATION, Appellant. [899 NYS2d 723]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered June 1, 2009. The order granted the application of claimant for leave to serve a late notice of claim.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Scudder, P.J., Martoche, Lindley, Green and Gorski, JJ.